**DISTRICT OF OREGON**
**F I L E D**
**January 15, 2010**
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re:                                      ) Case No. **09-37992-tmb13**
**SANTOS A. ALFARO**                        )
                                            ) ORDER VALUING PROPERTY PURSUANT
                                            ) TO 11 U.S.C. §506 AND AVOIDING WHOLLY
Debtor(s)                                   ) UNSECURED LIEN IN A CHAPTER 13 CASE

THIS MATTER came before the Court on debtor's *Motion to Value Property Pursuant to 11 U.S.C. §506 and Avoid Wholly Unsecured Lien in a Chapter 13 Case*. The Court having reviewed the records and files herein, and having determined that no timely response has been filed to debtor's motion,

IT IS HEREBY ORDERED that the lien of **Wilshire Credit Corporation**, recorded in **Washington** County, State of **Oregon** on **5/12/2006**, as Reference No./Book No./Reel No./Other Identifying Reference **2006-056878** _____, against debtor's real property located at **10135 SW Crestwood Drive, Beaverton, OR 97008**, a legal description of which is (attach exhibit if necessary) **Lot 3, PARK KNOLL, in the City of Beaverton, County of Washington and State of Oregon**, is wholly unsecured, is avoided, and is no longer a lien against the real property referenced herein.

IT IS FURTHER ORDERED that if this case is dismissed or converted to one under Chapter 7, the lien avoided by this order shall be reinstated.

###

PRESENTED BY:

**/s/Ted A. Troutman**
Debtor/Debtor's Attorney
Name: **Ted A. Troutman**
OSB#: **844470**

cc: Debtor; Debtor's Attorney; Trustee; Lienholder (Insert address if not ECF Participant): **c/o Jay Memmott, R.A 14523 SW Millikan Way #200, Beaverton, OR 97005**

1317.5 (11/30/09)

# CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: rick             Page 1 of 1            Date Rcvd: Jan 15, 2010
Case: 09-37992                Form ID: pdf018        Total Noticed: 2
```

The following entities were noticed by first class mail on Jan 17, 2010.
```
db           +Santos A. Alfaro,   10135 SW Crestwood Drive,   Beaverton, OR 97008-6637
```
The following entities were noticed by electronic transmission on Jan 15, 2010.
```
             +E-mail/Text: WCCEBMB@WIN.ML.COM                          Wilshire Credit Corporation,
               c/o Jay Memmott, RA,   14523 SW Millikan Way #200,   Beaverton, OR 97005-2352
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 17, 2010**              **Signature:**       *Joseph Speetjens*