**U.S. BANKRUPTCY COURT**
**DISTRICT OF OREGON**
**F I L E D**

**June 1, 2011**

**Clerk, U.S. Bankruptcy Court**

**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

O13to7 (12/1/09) dda

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
  **Santos A. Alfaro**
Debtor(s)

) Case No. **09–37992–rld7**
)
)
) ORDER CONVERTING
) CHAPTER 13 CASE TO
) CASE UNDER CHAPTER 7;
) TRUSTEE APPOINTMENT

A motion having been filed to convert the Chapter 13 case, and it appearing conversion is appropriate,

**IT IS ORDERED** that, unless the case has already been converted upon debtor(s)' 11 USC §1307(a) motion, this case is converted to a case under Chapter 7 of United States Code Title 11.

**IT IS FURTHER ORDERED** that:

1. The debtor(s) **MUST FILE, WITHIN 14 DAYS of the above "FILED" date, ONLY AN ORIGINAL OF** all documents required by either the following pt. a. or pt. b.:

   a. (This *ALWAYS APPLIES IF* case in Chapter 13 *MORE THAN* 180 days before this conversion) (1) A complete set of Schedules, Statement of Affairs, AND Local Form #521.05 if the debtor(s) an individual, with **each detailing** the **debtor(s)' status** as of this conversion date; (2) an Official Form #B22A detailing the debtor(s)' status as of the case filing date; **AND** (3) a **SEPARATE** Master Mailing Matrix (NO copy required), following Local Form #104, **LISTING ONLY NEW CREDITORS** whose unpaid debts were **INCURRED AFTER** filing of the Chapter 13 Petition **AND BEFORE** this date of conversion.

   **OR** b. *(Only if case* in Chapter 13 180 days *or less)* (1) A Declaration, under penalty of perjury, stating that all previously filed Schedules, Statement of Affairs, and any amendments thereto, substantially reflect the condition of the debtor(s) and the estate on this date of conversion; (2) an Official Form #B22A detailing the debtor(s)' status as of the case filing date; **AND** (3) a Local Form #521.05 if debtor(s) an individual.

2. The court may reconsider the entry of this order if an interested party files both (a) a motion for reconsideration, <u>setting forth</u> the specific grounds for such motion, within 21 days of the "FILED" date above, with the Clerk of Court, 1001 SW 5th Ave #700, Portland, OR 97204, AND (b) attaches a certification that copies of the motion were contemporaneously served on the debtor(s), Trustee, U.S. Trustee, and their respective attorneys.

3. The Chapter 13 trustee shall, upon filing the final report and account required by the UST and without further court order, be discharged as trustee of the debtor's estate.

4. **ANY PREVIOUSLY ENTERED ORDER DIRECTING CHAPTER 13 PAYMENTS TO A TRUSTEE IS NOW TERMINATED AND** the debtor(s)' employer (or other named party) should discontinue making payments to the trustee and should now pay all net wages earned by the debtor(s) directly to the debtor(s).

###

Thomas M Renn, POB 91399, Portland OR, 97291, is appointed interim trustee of this estate. The trustee's bond shall be the blanket bond on file with the U.S. Bankruptcy Court Clerk.

UNITED STATES TRUSTEE